IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WANDA MANGRUM, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL CASE NO. 1:14-00039 |
| v. ) | Chief Judge Haynes |
| ) | |
| JOHNSON & JOHNSON, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pursuant to the Conditional Transfer of the Judicial Panel on Multidistrict Litigation in In re Ethicon, Inc., Pelvic Repair System Products Liability Litigation, MDL-2327, the Clerk of this Court is directed to administratively close this action and upon receipt of the Final Transfer Order of the Judicial Panel on Multidistrict Litigation, the Clerk of this Court shall transfer the files in this action to the United States District Court for the Souther District of West Virginia for coordinated or consolidated pretrial proceedings.

If the Judicial Panel on Multidistrict Litigation does not enter a final transfer order in this action, then any party may move to reopen this action.

It is so **ORDERED**.

**ENTERED** this the 7th day of April, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court